BOARD OF EDUCATION OF THE CITY OF PLAINFIELD, ET AL. v.
SAUL COOPERMAN, COMMISSIONER OF EDUCATION.

BOARD OF EDUCATION OF THE BOROUGH OF WASHINGTON v.
SAUL COOPERMAN, COMMISSIONER OF EDUCATION, ET AL.

June 27, 1986.

Petition and Cross-petition for certification granted.   (See 209
*N.J.Super.* 174)

LAYTON F. AND JOAN SMITH v. DIRECTOR, DIVISION
OF TAXATION.

June 27, 1986.

Petition for certification granted.

LAYTON F. AND JOAN SMITH v. DIRECTOR,
DIVISION OF TAXATION.

ROGER AND LISA GEISSLER v. DIRECTOR,
DIVISION OF TAXATION.

June 27, 1986.

Petition for certification granted.